ORIGINAL

AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

2008 FEB 26 PM 3:11

CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

Patti L. Davis, etal.

Plaintiffs

V.

Davol, Inc., etal.

Defendants

SUMMONS IN A CIVIL CASE

Case Number: 3:08CV00376

Judge: JUDGE JAMES

Magistrate Judge:

TO: (Name and address of defendant)

C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph W. O'Neil, Esq.
Arthur, O'Neil, Mertz, Michel & Brown Co., L.P.A.
901 Ralston Avenue
Defiance, OH 43512

an answer to the complaint which is herewith served upon you, within ~~28~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: FEB 15 2003

C Malaikah

(By) Deputy Clerk

AO 440 (Rev. 8/06) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>February 21, 2008 |
| Name of SERVER (PRINT)<br>Joseph W. O'Neil | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

[ ] Served Personally upon the Defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other *(specify)*: Certified Mail - Return Receipt Requested
Copy of receipt attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.55 | $5.55 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: February 25, 2008
*( Date )*

[signature]
*Signature of Server*

*Address of Server*

901 Ralston Avenue
Defiance, OH 43512

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) A-Franklin

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NEW PROVIDENCE NJ 07974 FEB 21 2008 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7007 0710 0003 9625 9213

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

For delivery information visit our website at www.usps.com®

OFF[ICIAL USE]

7007 0710 0003 9625 9213

| | |
|---|---|
| Postage | $ .75 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.55 |

Postmark Here — FEB 21 USPS

*Sent To* C.R. Bard, Inc.
*Street, Apt. No.; or PO Box No.* 730 Central Ave.
*City, State, ZIP+4* Murray Hill, NJ 07974

PS Form 3800, August 2006 See Reverse for Instructions