Cat08, MDL, Termed

# U.S. District Court
# Northern District of Ohio (Toledo)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00376−JGC

Davis, et al v. Davol, Inc., et al
Assigned to: Judge James G. Carr
Demand: $75,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/14/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Patti L. Davis** represented by **Daniel R. Michel**
Arthur, O'Neil, Mertz, Michel &Brown
901 Ralston Avenue
Defiance, OH 43512
419−782−9881
Fax: 419−782−4377
Email: attorneys@lawbuilding.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. O'Neil**
Arthur, O'Neil, Mertz, Michel &Brown
901 Ralston Avenue
Defiance, OH 43512
419−782−9881
Fax: 419−782−4377
Email: attorneys@lawbuilding.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry L. Davis** represented by **Daniel R. Michel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. O'Neil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Jeffrey S. Moeller**
Hermann, Cahn &Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114

216−781−5515
Fax: 216−781−1030
Email: jmoeller@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)

**Defendant**

**John Doe**
*Corporations*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2008 | " 1 | **Complaint** with jury demand against C.R. Bard, Inc., John Doe and Davol, Inc.. Filing fee paid of $350.00, receipt number 34660002531, filed by Patti L. Davis, Jerry L. Davis. (Attachments: # 1 Civil Cover Sheet) (2 summons issued to attorney) (B,TM) (Entered: 02/15/2008) |
| 02/26/2008 | " 2 | Return of Service Executed upon C.R. Bard, Inc., by certified mail on 2/21/08 filed on behalf of Patti L. Davis, Jerry L. Davis. Related document(s) 1 . (B,TM) (Entered: 02/26/2008) |
| 02/26/2008 | " 3 | Return of Service Executed upon Davol, Inc., by certified mail on 2/22/08 filed on behalf of Patti L. Davis, Jerry L. Davis. Related document(s) 1 . (B,TM) (Entered: 02/26/2008) |
| 03/05/2008 | " 4 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1, Defendants' 55th 7.5(e) Notice of Potential Tag−Along, # 2 Proposed Order Granting Defendants Davol Inc. and C.R. Bard Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL)(Moeller, Jeffrey) (Entered: 03/05/2008) |
| 03/14/2008 | " 5 | **Order** : that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action. (Related Doc # 4 ). Signed by Judge James G. Carr on 3/14/2008.(S,AL) (Entered: 03/14/2008) |
| 03/31/2008 | " 6 | **Conditional Transfer Order (CTO−16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. 08−2412). (S,R) (Entered: 04/02/2008) |